Pennsylvania Interscholastic Athletic Association and Western Pennsylvania Interscholastic Association League, District VII, Appellants *v.* Pauline White, Appellee.

Argued November 19, 1980, before Judges MENCER, ROGERS, and WILLIAMS, JR., sitting as a panel of three.

320

*William M. Young, Jr.,* with him *Rod J. Pera, McNees, Wallace & Nurick,* for appellants.

*Edward Van Stevenson, Jr.,* for appellee.

PER CURIAM OPINION, January 26, 1981:
The matters in controversy being moot, the appeal will be dismissed. *See Moody v. Pennsylvania Interscholastic Athletic Association,* 447 Pa. 591, 288 A.2d 520 (1972).

ORDER

AND Now, this 26th day of January, 1981, the matters in controversy being moot, it is ordered that the appeal of Pennsylvania Interscholastic Athletic Association and Western Pennsylvania Interscholastic Association League, District VII, be and it is hereby dismissed.